# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEANN WIESNER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PHILIP PRO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:13-cv-00315-JCM-PAL<br><br>**ORDER** |

　　　　Plaintiff DeAnn Wiesner is proceeding in this action pro se. She submitted a one page document she calls a "Complaint" (Dkt. #1) on February 26, 2013. This proceeding was referred to this court by Local Rule IB 1-9. Plaintiff did not pay the required filing fee of $350.00 or file an application to proceed in forma pauperis in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

　　　　Based on the foregoing,

　　　　**IT IS ORDERED** that:

1. Plaintiff shall file an Application to Proceed in Forma Pauperis, accompanied by a signed financial certificate.
2. The Clerk of the Court shall send Plaintiff a blank application form for pro se litigants who are incarcerated.
3. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order.
4. Plaintiff shall have until **April 3, 2013,** to comply.

///

///

///

5. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

Dated this 4th day of March, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE