# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEANN WIESNER, and on behalf of Minor Wiesner,

    Plaintiff,

v.

PHILLIP PRO, *et al*.,

    Defendants.

Case No. 2:13-CV-00315-JCM-PAL

**ORDER**

The above entitled matter has been assigned to this U.S. District Judge by the Clerk of Court. With good cause appearing,

U.S. District Judge James C. Mahan hereby recuses himself from this case and **IT IS ORDERED** that this matter is referred to Chief Judge Robert C. Jones for further reassignment.

Dated:  March 22, 2013.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**