# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEANN WIESNER,

    Plaintiff,

v.

PHILIP PRO, *et al*.,

    Defendants.

Case No. 2:13-CV-00315-KJD-GWF

**ORDER**

    Upon review of this case, and good cause appearing, the Court **HEREBY ORDERS** Plaintiff Deann Wiesner to show cause why she should not be deemed a vexatious litigant and forbidden to file any new complaints or petitions without first seeking leave of the Court. Plaintiff must submit her response on or before Friday, September 13, 2013.

    DATED this 29th day of August 2013.

_____
Kent J. Dawson
United States District Judge